**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 218 MAL 2018

                Respondent   :

                        :   Petition for Allowance of Appeal from
                        :   the Order of the Superior Court

          v.                :

                        :

RONALD ANDREW SCOTT, JR.,   :

                Petitioner   :

**ORDER**

**PER CURIAM**

    **AND NOW**, this 9th day of October, 2018, the Petition for Allowance of Appeal is **DENIED**.